# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 2, 2005

127879

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

DARYL DEVON LESLEY,
     Defendant-Appellant.

SC: 127879
COA: 249417
Calhoun CC: 03-000272-FC

_____/

On order of the Court, the application for leave to appeal the December 2, 2004 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH and KELLY, JJ., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 2, 2005

_____
Clerk

s1026